```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAMON WILLIAMS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADAM LEA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr.S 12-212 KJN |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO SET JUDGEMENT AND SENTENCING |
| | ) HEARING |
| ADAM LEA, | ) |
| Defendant. | ) Date: November 14, 2012 |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Kendall J. Newman |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Nicholas Fogg, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ADAM LEA, that the Court set this case for judgement and sentencing on November 14, 2012 at 10:00 a.m.

   The parties agree that the interest of justice is best served by affording defense counsel time to investigate and prepare for sentencing.

Dated: October 17, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ADAM LEA

Dated: October 17, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Nicholas Fogg
NICHOLAS FOGG
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-